MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5589
Fax: (408) 535-5066
Philip.Kopczynski@USDOJ.gov

Attorneys for United States of America

**FILED**
AUG 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEANDRO PEREZ, <br><br> Defendant. | NO. CR 13-00065 EJD <br><br> NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment without prejudice in the above-referenced case, and moves that the Court quash the arrest warrant issued in connection with the Indictment.

DATED: August 19, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
PHILIP KOPCZYNSKI
Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR 13-00065 EJD)

Leave is granted to the government to dismiss the Indictment. It is further ordered that the arrest warrant issued in connection with the Indictment is quashed.

Date: 8/19/14

THE HONORABLE EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL (CR 13-00065 EJD)